## JAMES R. DESING *v.* LYNDA J. DESING
### (13463)

FOTI, LAVERY and LANDAU, Js.

Submitted on briefs January 6—decision released January 24, 1995

*Lisa J. Cappalli* and *Leonard P. Coviello* filed a brief for the appellant (plaintiff).

*Charles F. Stelljes* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.